**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
RANDY ALAN HOLDER
JANI RENEA HOLDER
1209 GALVESTON ST                                           CASE NO:14-70094-HDH-13

WICHITA FALLS, TX 76301                                   DATED: April 29, 2014

DEBTOR ATTORNEY:   MONTE J WHITE

---

**TRUSTEE'S NOTICE OF INTENT TO CERTIFY**
**CHAPTER 13 CASE FOR DISMISSAL PURSUANT TO GENERAL ORDER 2010-01 (Section 3. b, c & d-1)**

---

Notice is hereby given to the above named Debtor(s) and Debtor Attorney that the Trustee intends to certify the above named Chapter 13 case for Dismissal for the reasons noted below:

____   Failure to file Authorization for Adequate Protection Disbursements

__X__  Debtor did not pay to the Trustee the first payment due in the amount of $253 within 30 days of the petition date

____   Debtor failed to attend the Section 341 Meeting of Creditors as required by Section 343 of the Bankruptcy Code.

---

**FAILURE TO CURE ANY OR ALL OF THE DEFICENCIES NOTED ABOVE WITHIN 7 DAYS OF THE DATE OF THIS NOTICE SHALL SUBJECT THIS PETITON TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE PURSUANT TO GENERAL ORDER 2010-01 SECTION 3. b, c & d-1.**

---

   /s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424