Walter O'Cheskey
Standing Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79424
(806)748-1980 Office
(806)748-1956

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
RANDY ALAN HOLDER
JANI RENEA HOLDER
DEBTOR(S)

CASE NO. 14-70094 - HDH -13

Hearing Date: 5/14/2014
Hearing Time: 11:00 AM

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW WALTER O'CHESKEY, Standing Chapter 13 Trustee (hereinafter referred to as Trustee), and files this Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on 3/28/2014.

2. Debtor(s) are below median income per 11 U.S.C. Sec. 1325 (b)(4).

3. Trustee alleges the Debtors' Plan fails to provide for the IRS' $3,000.00 priority claim for 2012 taxes.

4. Trustee is unable to determine feasibility of the proposed Plan base until all claims are properly treated and objects to confirmation in accordance with 11 U.S.C. 1325 (a)(6).

5. Trustee is unable to recommend confirmation per General Order 2010-01 (16c), because a certificate concerning all applicable Federal, State, and local tax returns required by Section 1308 of the Bankruptcy Code has not been filed with the Court.

WHEREFORE, the Trustee prays that the Bankruptcy Court deny Confirmation of the Debtor(s) Chapter 13 Plan and Motion for Valuation and for such other relief to which this bankruptcy estate may be justly entitled.

Date: 5/7/2014

Respectfully submitted,
/s/ Walter O'Cheskey
6308 Iola Avenue
Lubbock, TX 79424

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to Confirmation was this date served on the following parties at the addresses listed below by electronic service or by U.S. First Class Mail:

| | |
|---|---|
| Debtor(s) Attorney<br>MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLAC<br>WICHITA FALL TX   76301-0000 | Debtor(s)<br>RANDY ALAN HOLDER<br>JANI RENEA HOLDER<br>1209 GALVESTON ST<br><br>WICHITA FALL  TX   76301 |

Date:  5/7/2014                                                                                     /s/ Walter O'Cheskey
                                                                                                             Office of the Standing Trustee

RANDY ALAN HOLDER
JANI RENEA HOLDER
1209 GALVESTON ST
WICHITA FALLS    TX   76301